Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed. It is further ordered that the mandate of this court in this cause issue forthwith.

### THE TIANA.

UNITED STATES of America, Appellant, v. THE Motor Boat "TIANA," etc., Stillman Delehanty Ferris Company, Appellee.

No. 267.

Circuit Court of Appeals, Second Circuit.

March 1, 1937.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

Lamar Hardy, U. S. Atty., and Mary R. Towle, Asst. U. S. Atty., both of New York City, for the United States.

Burlingham, Veeder, Clark & Hupper, of New York City (Norman M. Barron, of New York City, of counsel), for appellee.

PER CURIAM.

Decree (—— F.Supp. ——) affirmed on opinion below.

UNITED STATES of America, Appellee, v. IRVING TRUST COMPANY, as Trustee in Bankruptcy of Delaware Cosmetics, Inc., Formerly Known as Marinello Company, a Delaware Corporation, Bankrupt, Appellant.

No. 222.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1937.

Krause, Hirsch & Levin, of New York City (Sydney Krause and Sidney Gross, both of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Richard Delafield, Asst. U. S. Atty., and Robert L. Werner, Sp. Asst. U. S. Atty., both of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below.*

UNITED STATES of America v. Peter LARSON.

No. 1536.

Circuit Court of Appeals, Tenth Circuit.

Feb. 17, 1937.

Carl L. Sackett, U. S. Atty., of Cheyenne, Wyo.

Armstrong & Armstrong, of Rawlins, Wyo., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES v. LAU BUNG FONG, etc.

No. 8499.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1937.

Ingram M. Stainback, U. S. Atty., of Honolulu, T. H.

Ebert J. Botts, of Honolulu, T. H., for appellee.

*No opinion for publication.